An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
BRONSON FLAMING,
Respondent.

No. 64920

**FILED**

JUL 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a pretrial motion to suppress. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

On March 4, 2014, appellant filed a motion to stay this appeal, explaining that respondent had entered a guilty plea and was scheduled to be sentenced on June 10, 2014. If that sentencing went forward, this appeal would be rendered moot. On March 24, 2014, we entered an order agreeing to take no action in this appeal pending receipt of a report from appellant regarding the status of respondent's case in district court.

Appellant has now filed a second status report and motion to dismiss this appeal. Appellant represents that sentencing proceeded as expected and respondent's judgment of conviction was entered on June 23, 2014. Accordingly, appellant asserts that this appeal is now moot and

SUPREME COURT
OF
NEVADA

(O) 1947A

14-243886

moves for voluntary dismissal of this appeal. Cause appearing, we grant

the motion and

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

cc:  Hon. James M. Bixler, District Judge
     Attorney General/Carson City
     Clark County District Attorney
     Law Office of Andrew M. Leavitt, Esq.
     Eighth District Court Clerk